IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TONY M. RUIZ                                                                                                         PLAINTIFF

v.                              Case No. 4:21-cv-00182-KGB

LATOYA WILLIAMS, *et al.*                                                                                  DEFENDANTS

## ORDER

The Court has received the Partial Recommended Disposition submitted by United States Magistrate Judge Beth Deere[1] (Dkt. No. 7).  The parties have not filed any objections, and the time for filing objections has passed.  After careful review of the Partial Recommended Disposition, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects (*Id*.).  Therefore, the Court dismisses without prejudice Mr. Ruiz's claims of due process violations and deliberate indifference and dismisses with prejudice Mr. Ruiz's claims that defendants violated the Arkansas Department of Correction's disciplinary policy (Dkt. No. 7).

The Court has also received the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 33).  The parties have not filed any objections, and the time for filing objections has passed.  After careful review of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects (*Id*.).  The Court grants the motion for summary judgment of defendants Latoya Williams and Yolanda Clark (Dkt. No. 29).  The Court dismisses without prejudice for failure to exhaust administrative remedies Mr. Ruiz's retaliation claims against defendants Ms. Williams and Ms. Clark.

---

[1] On May 28, 2021, this case was reassigned to United States Magistrate Judge Edie R. Ervin due to the retirement of United States Magistrate Judge Deere.

Consistent with the terms of this Order, the Court dismisses plaintiff Tony M. Ruiz's complaint (Dkt. No. 2). The Court denies the relief requested.

So ordered this the 28th day of February, 2022.

_____
Kristine G. Baker
United States District Judge