IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TONY M. RUIZ**                                                                                                **PLAINTIFF**

v.                                      Case No. 4:21-cv-00182-KGB-ERE

**LATOYA WILLIAMS,** *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Tony M. Ruiz's complaint is dismissed (Dkt. No. 2). The Court denies the relief requested. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this the 28th day of February, 2022.

_____
Kristine G. Baker
United States District Judge